UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61420-CIV-DIMITROULEAS

JOSEPH BAMBERG
et al.,

    Plaintiffs,
v.

THE RESULTS COMPANIES, LLC.,

    Defendant.
_____/

**OMNIBUS ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE;**

**DISMISSING WITHOUT PREJUDICE THE CLAIMS OF THE 73 PLAINTIFFS WHOSE CLAIMS ARE SUBJECT TO BINDING ARBITRATION**

THIS CAUSE is before the Court upon Defendant The Results Companies, LLC's Motion for Partial Summary Judgment and Motion to Dismiss and Alternative Motion to Compel Arbitration, filed on September 22, 2020 [DE 34] ("Omnibus Motion") and the October 8, 2020 Report and Recommendation of Magistrate Judge Lurana S. Snow (the "Report") [DE 38]. The Omnibus Motion was referred to Judge Snow with regard to Part (2), Defendant's motion for dismissal without prejudice of the claims brought by seventy-three (73) of the remaining plaintiffs in this case, or alternatively to compel arbitration and stay those claims. *See* [DE 35].[1]

The Court notes that no objections to the Report [DE 38] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's

---

[1] The Court stated that it would defer ruling as to Parts (1) and (3) of Defendant The Results Companies, LLC's Omnibus Motion [DE 34] until the resolution of Part (2). *See* [DE 35].

1

factual findings in the Report [DE 38] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 38] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 38] is hereby **ADOPTED** and **APPROVED**;

2. Defendant The Results Companies, LLC's Omnibus Motion [DE 34] is hereby **GRANTED** with regard to Part (2), Defendant's motion for dismissal without prejudice of the claims brought by seventy-three (73) of the remaining plaintiffs in this case, or alternatively to compel arbitration and stay those claims, as follows:

    a. The claims of the seventy-three (73) plaintiffs of the eighty-five (85) plaintiffs in this case at issue in Defendant's September 22, 2020 Omnibus Motion, *see* [DE 34-1] are subject to binding arbitration;

    b. This case is **DISMISSED WITHOUT PREJUDICE** as to the claims of those 73 plaintiffs. *See* [DE 34-1].

3. The Court will enter a separate order with regard to the remaining issues raised by Defendant's Omnibus Motion. [DE 34].

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of October, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record