UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61420-CIV-DIMITROULEAS

JOSEPH BAMBERG
et al.,

    Plaintiffs,

v.

THE RESULTS COMPANIES, LLC.,

    Defendant.
_____/

## ORDER APPROVING SETTLEMENTS AND DISMISSALS WITH PREJUDICE AS TO PLAINTIFFS KARRY KEENEY AND MARLA MURK

THIS CAUSE came before the Court upon the Joint Motion for Approval of Settlement of Claims of Plaintiff Karry Keeney [DE 58] and the Joint Motion for Approval of Settlement of Claims of Plaintiff Marla Murk [DE 59] (collectively, the "Joint Motions"). The Court has reviewed the Joint Motions and is otherwise fully advised in the premises.

Having reviewed the relevant terms of the Settlements, the Court approves the Settlement Agreements as fair and reasonable resolutions of bona fide disputes over FLSA provisions. *See Lynn's Food Stores, Inc. v. U.S. Dep't. of Labor,* 679 F.2d 1350, 1355 (11th Cir.1982).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

**1.**     The Joint Motions [DE's 58, 59] are **GRANTED**;

2.     The Settlement Agreement between Plaintiff Karry Keeney and Defendant The Results Companies LLC [DE 58- 1] is hereby **APPROVED**;

3.     Plaintiff Karry Keeney's claims are **DISMISSED WITH PREJUDICE;**

4. The Settlement Agreement between Plaintiff Marla Murk and Defendant The Results Companies LLC [DE 59-1] is hereby **APPROVED**;

5. Plaintiff Marla Murk's claims are **DISMISSED WITH PREJUDICE;**

6. This case remains open and pending as to the remaining parties.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Broward County, Florida, this 1st day of March, 2021.

*[Signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided:
Counsel of record