UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61420-CIV-DIMITROULEAS

JOSEPH BAMBERG
et al.,

    Plaintiffs,

v.

THE RESULTS COMPANIES, LLC.,

    Defendant.
_____/

# ORDER APPROVING SETTLEMENTS OF FLSA CLAIMS
# AND DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court upon the Joint Motion for Approval of Settlement of FLSA Claims [DE 69] ("Joint Motion"). The Court has reviewed the Joint Motion and is otherwise fully advised in the premises.

Having reviewed the relevant terms of the Settlements, the Court approves the Settlement Agreements as a fair and reasonable resolution of a bona fide dispute over FLSA provisions. *See Lynn's Food Stores, Inc. v. U.S. Dep't. of Labor,* 679 F.2d 1350, 1355 (11th Cir.1982).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

**1.**    The Joint Motion [DE 69] is **GRANTED**;

2.    The Settlement Agreements of the six (6) individuals as set forth in [DE's 69-1 to 69-6] are hereby **APPROVED**; their claims are **DISMISSED WITH PREJUDICE.**

3. This case shall remain **CLOSED**.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Broward County, Florida, this 27th day of December, 2021.

/s/ William P. Dimitrouleas
WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided:
Counsel of record